UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                                :
MICHAEL PLUMMER,

                    Plaintiff,

        -against-

WILLIAM F. LEOPOLD JR.,                  ORDER

                    Defendant.                21 Civ. 1888 (GBD)

------------------------------------ x

GEORGE B. DANIELS, District Judge:

       The initial conference is adjourned from July 21, 2021 to August 25, 2021 at 9:30 a.m. The parties shall meet and confer regarding a case management plan and file a status letter no later than August 18, 2021.

Dated: July 19, 2021
       New York, New York

                                                    SO ORDERED.

                                                    *George B. Daniels*
                                                    GEORGE B. DANIELS
                                                    UNITED STATES DISTRICT JUDGE