UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

MICHAEL PLUMMER,

                    Plaintiff,

   -against-

WILLIAM F. LEOPOLD JR.,               ORDER

                  Defendant.           21 Civ. 1888 (GBD)

------------------------------------ X

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled for August 25, 2021 is cancelled. The parties shall appear for a status conference on December 1, 2021 at 9:30 a.m.

Dated: August 19, 2021
       New York, New York

                                                    SO ORDERED.

                                                    *George B. Daniels*
                                                    GEORGE B. DANIELS
                                                    UNITED STATES DISTRICT JUDGE