**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 10/21/2021 __
```

MICHAEL PLUMMER,

                              Plaintiff,                    **21-CV-01888 (GBD)(SN)**

           -against-                                        <u>**ORDER**</u>

WILLIAM F. LEOPOLD, JR.,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On October 15, 2021, the Court ordered Plaintiff to file a letter addressing the issues

raised by Defendant no later than October 19, 2021. <u>See</u> ECF No. 15. As of today, Plaintiff has

filed no such letter. Plaintiff must file his responsive letter by close of business on Friday,

October 22, 2021. Plaintiff is reminded that Court-issued deadlines are not suggestions.

**SO ORDERED.**

                                        _____
                                        SARAH NETBURN
                                        United States Magistrate Judge

DATED:      New York, New York
            October 21, 2021