# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION
175 Pinelawn Road, Suite 250, Melville, NY 11747
(631) 232-6130  Fax (631) 232-6184

Direct Dial: (631) 227-6348
Email: jmroberts@mdwcg.com

**PENNSYLVANIA**
Allentown
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton

**NEW JERSEY**
Mount Laurel
Roseland

**DELAWARE**
Wilmington

**OHIO**
Cincinnati
Cleveland

**FLORIDA**
Ft. Lauderdale
Jacksonville
Orlando
Tampa

**NEW YORK**
Long Island
New York City
Westchester

November 30, 2021

DEC 0 1 2021

**SO ORDERED**

The status conference is adjourned until January 12, 2022 at 10:00 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Michael Plummer v. William F. Leopold Jr.*
Case No. 1:21-cv-01888-GBD

Dear Honorable Daniels,

Our office represents the defendant in the above-referenced matter. This matter arises from a motor vehicle accident which occurred on June 13, 2020. We are scheduled for a status conference tomorrow, December 1, at 9:30 am. I have conferred with the plaintiff's counsel and am pleased to advise that we have no discovery issues that need conferencing at this time. As such, we respectfully request that this conference be adjourned to a later date.

We thank you for your attention to this matter.

Respectfully submitted,

*Jennifer M. Roberts*

Jennifer M. Roberts (JMR-0289)

JMR/cel

cc: Tiffany Jacobson, Esq.
Sobo & Sobo, LLP