# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS-AT-LAW    WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION
175 Pinelawn Road, Suite 250, Melville, NY 11747
(631) 232-6130  Fax (631) 232-6184

Direct Dial: (631) 227-6348
Email: jmroberts@mdwcg.com

**PENNSYLVANIA**
Allentown
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton

**NEW JERSEY**
Mount Laurel
Roseland

**DELAWARE**
Wilmington

**OHIO**
Cincinnati
Cleveland

**FLORIDA**
Ft. Lauderdale
Jacksonville
Orlando
Tampa

**NEW YORK**
Long Island
New York City
Westchester

JAN 1 0 2021

January 7, 2022

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

JAN 1 0 2021

**SO ORDERED**

The status conference is adjourned until March 22, 2022 at 9:45 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Re: *Michael Plummer v. William F. Leopold Jr.*
    Case No. 1:21-cv-01888-GBD

Dear Honorable Daniels,

Our office represents the defendant in the above-referenced matter. This matter arises from a motor vehicle accident which occurred on June 13, 2020. We are scheduled for a status conference on January 12, 2022 at 9:30 am. I have conferred with the plaintiff's counsel and am pleased to advise that we have no discovery issues that need conferencing at this time. As such, we respectfully request that this conference be adjourned to a later date.

We thank you for your attention to this matter.

Respectfully submitted,

*Jennifer M. Roberts*

Jennifer M. Roberts (JMR-0289)

JMR/cel

cc:   Tiffany Jacobson, Esq.
      Sobo & Sobo, LLP