UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

MICHAEL PLUMMER,

                      Plaintiff,

  -against-

WILLIAM F. LEOPOLD JR.,

                      Defendant.

------------------------------------ X

ORDER

21 Civ. 1888 (GBD)

GEORGE B. DANIELS, District Judge:

      The status conference scheduled for March 22, 2022 is cancelled. The parties shall proceed according to Magistrate Judge Netburn's discovery Order dated March 18, 2022. (ECF No. 23.)

Dated: March 21, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE