```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  3/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL PLUMMER,

                                Plaintiff,                        21-CV-01888 (GBD)(SN)

        -against-                                        **ORDER**

WILLIAM F. LEOPOLD, JR.,

                                Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       As stated at today's conference, the parties are directed to write to the Court no later than March 17, 2023, with an update on the status of settlement negotiations. Should the case not settle, the two remaining fact witnesses may be deposed by April 14, 2023. In addition, Defendant's liability expert report shall be produced by April 21, 2023, with Plaintiff's rebuttal report due May 5. All expert depositions shall conclude by May 19, 2023. Defendant's motion for summary judgment shall be filed no later than June 30, 2023, with Plaintiff's opposition due July 28, and Defendant's reply due August 11.

**SO ORDERED.**

                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      March 9, 2023
                 New York, New York