UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MICHAEL PLUMMER,

                  Plaintiff,

-against-

WILLIAM F. LEOPOLD JR.,

                  Defendant.

------------------------------------- x

ORDER

21 Civ. 1888 (GBD) (SN)

GEORGE B. DANIELS, District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All discovery deadlines and conferences previously scheduled are adjourned *sine die*.

Dated: March 22, 2023
       New York, New York

                                        SO ORDERED.

                                        *George B. Daniels*
                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT JUDGE